UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    ERIC S VAN DEUSEN  
    DONNA JEAN VAN DEUSEN  
    Debtor(s)

Case No. 09-11473

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

    Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/31/2009.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 07/17/2009.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 6.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $35,600.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

|  |  |  |
|---|---|---|
| Total paid by or on behalf of the debtor | $0.00 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$0.00** |

**Expenses of Administration:**

|  |  |  |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $0.00 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$0.00** |

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACQURA LOAN SERVICES | Secured | 52,857.00 | NA | NA | 0.00 | 0.00 |
| ACQURA LOAN SERVICES | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| ADVENTIST HEALTH PARTNERS | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| ALEXIAN BROTHERS MEDICAL CTR | Unsecured | 180.65 | NA | NA | 0.00 | 0.00 |
| AMERICAN COLLECTION | Unsecured | 138.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN MEDICAL COLLECTIONS | Unsecured | 26.00 | NA | NA | 0.00 | 0.00 |
| ANN SZPINDER | Unsecured | 260.94 | NA | NA | 0.00 | 0.00 |
| ASTHMA & ALLERGY CARE CENTER | Unsecured | 3,700.00 | NA | NA | 0.00 | 0.00 |
| BIEHL & BIEHL | Unsecured | 146.00 | NA | NA | 0.00 | 0.00 |
| BUNEAN COLLECTION RECOVERY | Unsecured | 6,000.00 | NA | NA | 0.00 | 0.00 |
| CABRERA & ASSOC | Unsecured | 431.35 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 1,100.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 1,458.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| CCV | Unsecured | 331.35 | NA | NA | 0.00 | 0.00 |
| CENTRAL DUPAGE HOSPITAL | Unsecured | 423.50 | NA | NA | 0.00 | 0.00 |
| CERTEGY PAYMENT RECOVERY INC | Unsecured | 364.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO SUN TIMES | Unsecured | 659.00 | NA | NA | 0.00 | 0.00 |
| CLEAR CHECK INC | Unsecured | 338.32 | NA | NA | 0.00 | 0.00 |
| CLEAR CHECK INC | Unsecured | 338.54 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 486.56 | NA | NA | 0.00 | 0.00 |
| CONTINENTAL FINANCIAL | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS INTERCHANGE | Unsecured | 33,068.18 | NA | NA | 0.00 | 0.00 |
| DICKLER KAHN SLOWIKOWSKI ETAL | Unsecured | 4,600.00 | NA | NA | 0.00 | 0.00 |
| DIRECT TV | Unsecured | 506.64 | NA | NA | 0.00 | 0.00 |
| DR JODI WELLER | Unsecured | 3,624.00 | NA | NA | 0.00 | 0.00 |
| DRIVE FINANCIAL SERVICES | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| EBAY | Unsecured | 1,418.90 | NA | NA | 0.00 | 0.00 |
| FINANCIAL ASSET MGMT | Unsecured | 1,599.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| FIRST PREMIER BANK | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| FRANKLIN CREDIT MGMT CORP | Unsecured | 4,678.00 | NA | NA | 0.00 | 0.00 |
| HSBC MORTGAGE | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 6,350.10 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 2,350.97 | NA | NA | 0.00 | 0.00 |
| KIDCARE | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| LIGHTHOUSE FINANCIAL GROUP | Unsecured | 1,650.83 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 3,437.05 | NA | NA | 0.00 | 0.00 |
| MARK A HOFMEISTER DDS | Unsecured | 178.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 188.46 | NA | NA | 0.00 | 0.00 |
| METROPOLITAN FAMILY SERVICE | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST PATHOLOGY | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL ACTION FIN SRV | Unsecured | 5,331.70 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 146.69 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 131.34 | NA | NA | 0.00 | 0.00 |
| ORCHARD BANK | Unsecured | 1,218.00 | NA | NA | 0.00 | 0.00 |
| PAYPAL | Unsecured | 4,340.78 | NA | NA | 0.00 | 0.00 |
| PROVIDIAN FINANCIAL | Unsecured | 2,564.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 124.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGICAL CONSULTANTS | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| RICHARD RUSSO | Unsecured | 1,750.00 | NA | NA | 0.00 | 0.00 |
| ST ALEXIUS MEDICAL CENTER | Unsecured | 701.76 | NA | NA | 0.00 | 0.00 |
| T MOBILE USA | Unsecured | 399.43 | NA | NA | 0.00 | 0.00 |
| T MOBILE USA | Unsecured | 1,800.00 | NA | NA | 0.00 | 0.00 |
| TALL GRASS HOMEOWNERS ASSOC | Secured | 4,700.00 | 4,700.00 | 4,700.00 | 0.00 | 0.00 |
| TRI COUNTY ACCOUNTS | Unsecured | 1,066.16 | NA | NA | 0.00 | 0.00 |
| UNITED LAWN CARE | Unsecured | 68.00 | NA | NA | 0.00 | 0.00 |
| UTBCRDSVCS | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| WAM TEX | Unsecured | 183.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $4,700.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$4,700.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$0.00** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/09/2009          By: /s/ Glenn Stearns
                                                           Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**